## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP  DIVISION

| | | |
|---|---|---|
| **JESSE L. MOORE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20CV00002 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **ANDREW SAUL, COMMISSIONER** | ) | By:  James P. Jones |
| **OF SOCIAL SECURITY,** | ) | United States District Judge |
| | ) | |
| | ) | |
| Defendant. | ) | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER:  May 18, 2021

/s/  JAMES P. JONES
United States District Judge